## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JEFF ROBERTS, | ) |
| (2) ANDREW CASEY, | ) |
| (3) HALLI TRIPE-ROBERTS, | ) |
| (4) TIA ROBERTSON, | ) |
| (5) STACY SPOMER, | ) |
| (6) MICHAEL ELY, | ) |
| (7) IAN LEE, | ) |
| (8) CHRISTOPHER SPURLOCK, | ) |
| (9) MIKE STROUD, | ) |
| (10) SCOTT KOSLOW, | ) |
| (11) JEREMIAH WORRELL, and | ) |
| (12) DUSTIN SHEARGOLD, | ) |
| individually, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   **Case No. CIV-10-1273-D** |
| | ) |
| (1) THE STATE OF OKLAHOMA, | ) |
| *ex rel.*, BOARD OF REGENT OF | ) |
| OKLAHOMA COLLEGES and the | ) |
| (2) UNIVERSITY OF CENTRAL | ) |
| OKLAHOMA, and | ) |
| (3) DEAN PAMELA WASHINGTON, | ) |
| (4) ERIC MARLOW, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **Defendants, University of Central Oklahoma, and Pamela Washington.**

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

          Respectfully submitted,

          s/ Kindanne C. Jones
          **KINDANNE C. JONES, OBA # 11374**
          Assistant Attorney General
          Oklahoma Attorney General's Office
          Litigation Division
          313 N. E. 21st Street
          Oklahoma City, Oklahoma   73105
          Tele: (405) 522-2920  Fax: (405) 521-4518
          Kindanne.Jones@oag.ok.gov
          *Attorney for Defendants, University of*
          *Central Oklahoma, and P. Washington*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Jacque Bergman-Pearsall
Ramona Wolf
Fitzgerald & Pearsall PLLC
6303 N. Portland, Suite 300
Oklahoma City, Oklahoma   73112
ramona@ramonawolfattorney.com
*Attorneys for Plaintiffs*

          s/ Kindanne C. Jones
          Kindanne C. Jones