```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500013494
Cashier ID: pweeks
Transaction Date: 11/29/2010
Payer Name: Lori Sheltman
-------------------------------------
CIVIL FILING FEE
 For: Lori Sheltman
 Case/Party: D-OKW-5-10-CV-001273-001
 Amount:         $350.00
-------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
-------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:       $0.00

CIV-10-1273-D

Roberts et al
v
State of Oklahoma

Return check fee $45
```

Case 5:10-cv-01273-D   Document 3   Filed 11/29/10   Page 1 of 1