UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

# ADR REPORT

File Electronically at ADR Documents – ADR Report by Mediator/Evaluator

**Case Number and Name:** CIV-10-1273-D
Jeff Roberts, *et al.* v.
Board of Regents of Oklahoma Colleges, *et al.*

**Name of Mediator or Evaluator:** Steven L. Barghols

**TYPE OF ADR:** ☒ Mediation   ☐ Early Neutral Evaluation

**ADR Session Held or to be held (date):** August 25, 2012

**Additional Session Held, if any (date):** _____

**Results of Referral to ADR:**

☐ Case settled **before** ADR           ☐ Case did **not** settle

☒ Case settled **at** ADR session       ☐ Case will not be heard – Reason: _____

☐ Case settled in part – Explain         ☐ Other: _____

☒ **Counsel were requested to notify court if case settled or settled in part and to file the appropriate pleadings.**

Did neutral serve pro bono? ☐ Yes  or ☒ No  (check one).

Status of litigation when ADR occurred (e.g. ☐TRO, ☐pre-discovery, ☒partial discovery, ☐full discovery, ☐Trial preparation commenced, ☐other _____.) (check one)

Length of ADR session:  10.5 hours

Dated: August 27, 2012

s/Steven L. Barghols                                    Or  _____
Mediator/Evaluator (Attorney Bar #511)             Mediator (Non-attorney – I certify that I have the signed
                                                                            original of this document, which is available for inspection at
                                                                            any time by the Court or a party to this action).

(ATTENTION NEUTRAL: This form is to be **FILED ELECTRONICALLY** by the neutral <u>immediately</u> upon the conclusion of the ADR. This form must be completed and filed even if the session did not occur or the neutral is serving privately for any case pending in this Court. <u>Additional forms may be retrieved from the Court's website at www.okwd.uscourts.gov</u>).

ONLY THE NEUTRAL IS TO **FILE** THIS FORM

Any Notes or other information concerning this case that is not be filed, please send separately to ADR Administrator % Court Clerk, U.S. Courthouse, Room 1210, 200 N.W. 4th Street, Oklahoma City, OK 73102.

Rev. 5/1/04