## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JEFF ROBERTS, ) <br> (2) ANDREW CASEY, ) <br> (3) HALLI TRIPE-ROBERTS, ) <br> (4) TIA ROBERTSON, ) <br> (5) STACY SPOMER, ) <br> (6) MICHAEL ELY, ) <br> (7) IAN LEE, ) <br> (8) CHRISTOPHER SPURLOCK, ) <br> (9) MIKE STROUD, ) <br> (10) SCOTT KOSLOW, ) <br> (11) JEREMIAH WORRELL, and ) <br> (12) DUSTIN SHEARGOLD, ) <br> individually, ) <br> ) <br>         Plaintiffs, ) <br> v. ) <br> ) <br> (1) THE STATE OF OKLAHOMA, ) <br> *ex rel*., BOARD OF REGENT OF ) <br> OKLAHOMA COLLEGES and the ) <br> (2) UNIVERSITY OF CENTRAL ) <br> OKLAHOMA, and ) <br> (3) DEAN PAMELA WASHINGTON, ) <br> (4) ERIC MARLOW, ) <br> ) <br>         Defendants. ) | **Case No. CIV-10-1273-D** |

## JOINT STIPLUATION OF DISMISSAL OF INDIVIDUAL DEFENDANTS WITH PREJUDICE

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure all Plaintiffs hereby stipulate with all Defendants, that all claims in this case against Dean Pamela Washington and Eric Marlow are dismissed with prejudice. All parties are to bear their own attorneys fees and costs.

Respectfully submitted,

s/ Kindanne C. Jones
KINDANNE C. JONES, OBA # 11374
Assistant Attorney General
Oklahoma Attorneys General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Tel: (405)522-2920
Fax: (405)521-4518
Kindanne.Jones@oag.ok.gov
*Attorney for Defendants The State of Oklahoma, ex rel., Board of Regent of Oklahoma Colleges, University of Central Oklahoma, and Dean Pamela Washington*

s/ Richard N. Mann

(*Signed by filing Attorney with permission of Defendant E. Marlow's Attorney*)
RICHARD N. MANN, OBA # 11040
JILL TSIAKILOS, OBA # 21052
Attorneys at Law
3325 French Park Drive, Suite 5
Edmond, OK 73034
(405) 509-6835
mannlaw@coxinet.net
jill@tsiakiloslaw.com
*Attorneys for Defendant E. Marlow*

s/ Scott F. Brockman

(*Signed by filing Attorney with permission of Plaintiffs' Attorney*)
SCOTT F. BROCKMAN, OBA # 19416
STANLEY M. WARD, OBA # 9351
WOODROW K. GLASS, OBA # 15690
Ward & Glass LLP
1821 E. Imhoff Rd., Ste. 102
Norman, OK 73071
405-360-9700 Telephone

405-360-7902 Facsimile
scott@wardglasslaw.com
carol@wardglasslaw.com
woody@wardglasslaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Scott F. Brockman | Jacque Pearsall |
| Stanley M. Ward | Jacquepearsall@gmail.com |
| Woodrow K. Glass | Ramona Wolf |
| Ward & Glass LLP | ramona@ramonawolfattorney.com |
| scott@wardglasslaw.com | |
| carol@wardglasslaw.com | |
| woody@wardglasslaw.com | |
| *Attorneys for Plaintiffs* | |

Richard N. Mann
Jill C. Tsiakilos
Attorney at Law
mannlaw@coxinet.net
jill@tsiakiloslaw.com
*Attorney for Defendant E. Marlow*

s/ Kindanne C. Jones

Kindanne C. Jones